UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7: 08-CR-75-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES LAMONT BONEY, | ) |
| Defendant. | ) |

**THIS CAUSE** is before the court on a Motion of the Defendant to continue the Sentencing Hearing set for February 10, 2009 at 9:00 a.m. in the United States District Court located at Raleigh, North Carolina to a later session of criminal court.

Defense counsel informs the court she requires additional time to review the Pre-Sentence Report with the defendant and additional time in order to adequately prepare and represent the defendant.

Defense counsel also informs the Court the United States Government has no objection to this motion to continue.

**FOR GOOD CAUSE SHOWN** the Defendant's motion is ALLOWED. Having balanced the needs for delay against the rights of the public and the Defendant to a speedy trial, the court specifically finds that the interest of justice are served by the delay, and ORDERS that the delay resulting from this extension be excluded from the Speedy Trial Act computations pursuant to 18 U.S. C. §§3161(h)(8)(A)

SO ORDERED, this the __30__ day of __January__, 2009.

_____
Honorable James C. Dever, III