IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-75-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES LAMONT BONEY, | ) | |
| | ) | |
| Defendant. | ) | |

James Lamont Boney is a prisoner serving a sentence in the Bureau of Prisons ("BOP") and filed a motion asking this court to amend his presentence report and direct the BOP to provide rehabilitation treatment [D.E. 113]. The BOP is responsible for providing rehabilitation treatment in a manner consistent with the U.S. Constitution and governing regulations. To the extent that Boney is unhappy with how the BOP has exercised its discretion, Boney must exhaust administrative remedies. The motion [D.E. 113] is DENIED.

SO ORDERED. This 18 day of January 2019.

JAMES C. DEVER III
United States District Judge