Clerk OF Court OF Raleigh,

FILED
FEB 11 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ SAB _____ DEP CLK
2-6-19

My name is James Boney # 70349-056, I'm currently at Federal Medical Center, Devens. I'm writing concerning the First Step Act for the 18 to 1 Ratio of the new drug amendment that was pass back in december. I wont to know if Counsel going be appointed to me on my behalf to represent me for the First Step Act. Hope to hear back Regarding this matter.

Sincerly,
James Boney # 70349-056
2-6-19