Clerk of cart,

FILED
APR 18 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____JAB_____ DEP CLK

My name is James L. Boney #70349-056, I was corrently appointed a pobic Defender for the first Step Act for the 18:1 crack Ratio. I have no Knowledge on who my pobic Defender is I wanted to Know who I can talk to about this matter so I hope to hear back from Someone.

Sinerly
James Boney.
4-14-19