# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Jay Fulton Neely  
Chief U.S. Probation Officer



150 Rowan Street, Suite 110  
Fayetteville, NC 28301-4920  
Phone: 910-354-2538  
Fax: 910-483-2690

**DATE:** December 5, 2025

**FROM:** Keith W. Lawrence  
Supervisory U.S. Probation Officer

**SUBJECT:** **BONEY, James Lamont**  
**Case No.: 7:08-CR-75-2D**  
**Request for Early Termination**

**TO:** James C. Dever III  
United States District Judge

On March 3, 2009, James Lamont Boney was convicted of Count 1 – Conspiracy to Possess With Intent to Distribute and to Distribute More Than 50 Grams of Cocaine Base (Crack). Mr. Boney appeared in United States District Court for the Eastern District of North Carolina and received 198 months imprisonment, followed by five years of supervised release. On January 18, 2014, pursuant to a Rule 35(b), his term of imprisonment was reduced to 180 months. He began supervision on February 9, 2022.

Mr. Boney has performed satisfactorily on supervision. He has submitted to DNA testing, and he has not incurred any new criminal charges. His case was evaluated as a low-risk supervision case and has been on our low-risk supervision program since October 26, 2022. All drug screens have been negative. Mr. Boney is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on February 8, 2027.

The probation office respectfully requests early termination. It is noted that on December 19, 2024, a Request for Early Termination was submitted; however, the court disagreed with the recommendation. Inasmuch as the court noted the request could be reconsidered in December 2025, the request is now being resubmitted. Please indicate the court's preference by marking the appropriate selection below.

☐ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____                    _____  
James C. Dever III                                                        Date  
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.

**Crim. No. 7:08-CR-75-2D**

**JAMES LAMONT BONEY**

On February 9, 2022, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence  
Keith W. Lawrence  
Supervising U.S. Probation Officer  
150 Rowan Street Suite 110  
Fayetteville, NC 28301  
Phone: 910-354-2538  
Executed On: December 5, 2025

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _8_ day of _December_, 2025.

James C. Dever III  
U.S. District Judge